IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN DIETZEL,** *et al.*, | : | CIVIL ACTION |
| **Plaintiffs,** | : | |
| | : | |
| v. | : | No.: 22-cv-0035 |
| | : | |
| **COSTCO WHOLESALE,** *et al.* | : | |
| **Defendants.** | : | |

## ORDER

**AND NOW**, this __12th__ day of July, 2022, upon consideration of Plaintiffs' Motion to Compel Defendants to Produce (1) Video Surveillance Referenced in Defendants' Discovery Responses; (2) Defendants' Warehouse Incident Report (Typed and Handwritten); and (3) More Specific Responses to Plaintiffs' Interrogatories (Mot. to Compel, ECF No. 17), Defendants' response in opposition thereto (Resp., ECF No. 22), and for the reasons set forth in the memorandum filed concurrently with this Order, **IT IS HEREBY ORDERED** that Plaintiffs' motion is **GRANTED in part** and **DENIED in part** as follows:

1. Within seven days, Defendants shall either produce the 30 minutes of video footage preceding, including, and following the incident (for a total of one hour of footage) or, if they have no such footage, so certify in writing to Plaintiffs.

2. Plaintiffs need not appear for depositions until after the footage or certification is produced.

3. Any footage shall be held as confidential, and within 30 days of the conclusion of this case, including any appeal, Plaintiffs shall certify in writing to Defendants that they have destroyed it.

4.	Within seven days, Defendants shall produce the Warehouse Incident Report without redactions and provide Plaintiffs with more specific responses to Interrogatories numbers 2, 7, 9 and 12.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge